# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES A. BIGGLEST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV412-259 |
| THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH, | ) ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

This case should be **DISMISSED** as duplicative of *Bigglest v. The Mayor and Alderman of the City of Savannah*, No. CV412-240 (S.D. Ga. filed Sept. 20, 2012). Alternatively, it fails for the same reasons explained in that case.

**SO REPORTED AND RECOMMENDED** this 22nd day of October, 2012.

<br>

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA