IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES A. BIGGLEST, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. CV412-259<br>) |
| THE MAYOR AND ALDERMAN OF THE<br>CITY OF SAVANNAH, | )<br>)<br>) |
| Defendants. | )<br>) |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed.[1] After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. As a result, Plaintiff's Motion to Appoint Counsel (Doc. 3) and Motion for Extension of Time for Discovery[2] (Doc. 6) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As an initial matter, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**.
[2] Even considering this filing as an objection to the Magistrate Judge's Report and Recommendation, it would not alter this Court's determination that Plaintiff's case must be dismissed.